UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY JIMENEZ,<br><br>           Petitioner,<br><br>    v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF KINGS,<br><br>           Respondent. | No. 2:19-cv-0897 CKD P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a "Petition for Resentencing" which this court construes as an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] In his application, petitioner challenges a conviction issued by the Kings County Superior Court. Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

---

[1] It appears to the court that petitioner may have intended to file this petition in the Kings County Superior Court and may have simply mailed it to the wrong address. Petitioner is advised that the mailing address for the Kings County Superior Court is 1640 Kings County Drive, Hanford, CA 93230.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: May 23, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/jime0897.109

2