UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY JIMENEZ,<br><br>    Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF KINGS,<br><br>    Respondent. | Case No. 1:19-cv-00727-JDP (HC)<br><br>FINDINGS AND RECOMMENDATIONS TO SUMMARILY DISMISS PETITION<br><br>OBJECTIONS DUE IN FOURTEEN DAYS<br><br>ECF No. 1<br><br>ORDER ASSIGNING THIS CASE TO A DISTRICT JUDGE |

Petitioner Rudy Jimenez, a state prisoner without counsel, filed a "Petition for Resentencing" under California Penal Code Section 1170.95. ECF No. 1. The matter is before the court for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases, which the court may apply in all habeas proceedings. *See* Rules Governing Section 2254 Cases, Rule 1(b); *cf.* 28 U.S.C. § 2243. Under Rule 4, the court must examine the habeas corpus petition and order a response to the petition unless it "plainly appears" that the petitioner is not entitled to relief.

On May 29, 2019, we ordered petitioner to show cause why his petition should not be summarily dismissed. ECF No. 6. We found the petition deficient because it: (1) is addressed to the wrong court, (2) fails to make any legal arguments in support of the relief requested, and (3) is

untimely.  ECF No. 6 at 1-2.  We granted petitioner fourteen days to respond to the order, and allowed an additional fifteen days at petitioner's request.  ECF No. 9.  Petitioner did not respond.  Because it plainly appears that the petitioner is not entitled to relief, we find the petition deficient and recommend it be dismissed.

**Order**

The clerk of court is directed to assign this case to a district judge who will review the findings and recommendations.

**Findings and Recommendations**

We recommend that the court dismiss the petition.  ECF No. 1.  These findings and recommendations are submitted to the U.S. District Court judge presiding over this case under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within 14 days of the service of the findings and recommendations, any party may file written objections to the findings and recommendations with the court and serve a copy on all parties.  That document must be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge will then review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:     February 6, 2020

UNITED STATES MAGISTRATE JUDGE

No. 206.